IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONYELL PADDY** | : | CIVIL ACTION |
| | : | |
| v. | : | No. 03-5312 |
| | : | |
| **JEFFREY BEARD, LOUIS S. FOLINO, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA** | : : : : : | |

**ORDER**

AND NOW, this 19th day of September, 2013, upon consideration of the Paddy Motion to Alter or Amend Judgment/Order of November 20, 2012 pursuant to Federal Rules of Civil Procedure 59(e), the court construing the motion as a Motion for Reconsideration, for the reasons in the attached memorandum, it is **ORDERED** that:

The Paddy Motion for Reconsideration (paper no. 66) is **DENIED**.

/s/ Norma L. Shapiro
———————————————
J.

1